## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA,**

*ex rel*. ABC,

      Plaintiff,

V.                                                              Case No.

DEF,                                          <u>**Jury Trial Demanded**</u>

<u>**Filed Under Seal**</u>
31 U.S.C. § 3730(b)(2)

      Defendant.

### COMPLAINT
### Claims Pursuant to the False Claims Act, 31 USC sec. 3730

### [FILED IN CAMERA AND UNDER SEAL]

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA,**
***ex rel*. INNOVATIVE SOLUTIONS**
**CONSULTING, LLC,**

        **Plaintiff,**                            **Case No.**

   **v.**

                                                 **Jury Trial Demanded**

**VASSO GODZIACHVILI GODIALI, M.D.,**

                                              **Filed Under Seal**
                                              31 U.S.C. § 3730(b)(2)

         **Defendant.**

## COMPLAINT
### Claims Pursuant to the False Claims Act, 31 USC sec. 3730, et seq.

The United States of America, by and through *qui tam* originating relator Innovative Solutions Consulting, LLC ("Relator" or "Innovative LLC"), hereby brings this action pursuant to the False Claims Act ("FCA"), as amended, 31 U.S.C. § 3729 et seq., by and through his attorneys, Brian H. Mahany and the Law Firm of Mahany Law, and hereby declares the following to recover all damages, penalties, and other remedies available as established by the FCA which were caused by Defendant's repeated and deliberate submissions of false, fraudulent and intentionally deceptive records, claims, statements and representations, used and caused to be made, used and relied upon by the United States Government and its Medicare program.

As will be set forth with greater specificity below, Defendant Vasso Godziachvili Godiali ("Godiali") knowingly submitted falsified and fraudulent billings and charges to Medicare in an effort to be paid for services that were not provided, not medically necessary, or were fraudulently coded in such a manner that increased the amount of payments Godiali received from Medicare.

The Medicare program has used government funds to remit payment to Godiali based upon his false and fraudulent claim submissions for payment that would not have been made but for Godiali's false and fraudulent claims.

## THE PARTIES

1. Plaintiff is the United States of America.

2. Plaintiff-Relator Innovative Solutions Consulting, LLC ("Innovative LLC") is an Arizona Limited Liability Company. Innovative LLC is in the consulting business.

3. Defendant Godiali is a vascular surgeon and medical director who is licensed in the State of Michigan. His license number is 43-01-065556. Godiali practices in Bay City, Michigan and upon information and belief, is the owner of a clinic known as Bay City Vascular P.C. Bay City Vascular P.C.'s registered office address is 2010 15th Street, Bay City, Michigan 48708.

4. Godiali has been the subject of at least one disciplinary proceeding, which is known as State of Michigan, Department of Licensing and Regulatory Affairs, Complaint Number 43-11-122627. The administrative complaint was filed on January 23, 2013 and a consent order was agreed to and signed on November 20, 2013. In the administrative complaint, Godiali admitted that he did not perform a surgical procedure even though he prepared and authenticated an operative report stating that he had performed the procedure.

5. Godiali has benefitted from the pattern and practices stated below.

## JURISDICTION AND VENUE

6. Under 31 U.S.C. § 3730 (e), there has been no statutory relevant public disclosure of the allegation or transactions in this Complaint with respect to which Plaintiff-Relator

Innovative LLC is not an "original source," and all material information relevant to this Complaint was provided to the United States Government prior to filing his Complaint pursuant to 31 U.S.C. § 3730(e)(4)(B).

7.  An "original source" means an individual who "either (i) prior to a public disclosure under subsection (e)(4)(a), has voluntarily disclosed to the Government the information on which allegations or transactions in a claim are based, or (2) who has knowledge that is independent of and materially adds to the publicly disclosed allegations or transactions, and who has voluntarily provided the information to the Government before filing an action under this section." 31 U.S.C. § 3730(e)(4)(B).

8.  Innovative LLC is an original source as is defined in 31 U.S.C. § 3730(e)(4)(B). Innovative LLC has knowledge that is independent of and materially adds to any publicly disclosed allegations or transactions.

9.  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and 31 U.S.C. § 3732, the latter of which specifically confers jurisdiction on this Court for actions brought pursuant to 31 U.S.C. § 3729 and § 3730. Plaintiff-Relator establishes subject matter jurisdiction under 31 U.S.C. § 3730(b).

10.  This Court has personal jurisdiction over the Defendants and is a proper venue pursuant to 28 U.S.C. § 1391 (b) and 31 U.S.C. § 3732(a). Moreover, Defendant resides, works, and/or has a principal place of business in this District.

## FACTUAL BACKGROUND

11.  The Medicare program was enacted in 1965 and the Secretary of Health and Human Services regulates the administration of the program through the Centers for Medicare and Medicaid Services ("CMS"). 42 C.F.R. § 422.503(a).

4

12. In 2013, 52.2 million people were enrolled in Medicare. *See* CMS Fast Facts, July 2015 Version *available at* https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/CMS-Fast-Facts/ (Page last Modified: 08/04/2015 3:31 PM.)

13. Of the 52.2 million Medicare members, 33.6 million people were provided services in the year 2013. *See* CMS Fast Facts, July 2015 Version *available at* https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/CMS-Fast-Facts/ (Page last Modified: 08/04/2015 3:31 PM.)

14. The Medicare Program's payments totaled $346 billion in 2013. Of the $346 million in payments, a total of $179.4 billion in payments was based upon Medicare Part A claims and a total of $166.6 billion in payment was based upon Medicare Part B claims. Godiali's Medicare claims were submitted under and through Medicare Part B. *See* CMS Fast Facts, July 2015 Version *available at* https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/CMS-Fast-Facts/ (Page last Modified: 08/04/2015 3:31 PM.)

15. Each year in the United States, health care insurers process over five billion claims for payment. For Medicare and other health insurance programs to ensure that these claims are processed in an orderly and consistent manner, standardized coding systems are utilized.

16. The Healthcare Common Procedure Coding System (HCPCS) is one of the coding systems that Medicare uses. It is divided into two principal subsystems, referred to as level I and level II of the HCPCS. Level I of the HCPCS is comprised of CPT (Current Procedural Terminology), a numeric coding system maintained by the

American Medical Association (AMA). (CPT codes, descriptions and other data only are copyright 1995-2014 American Medical Association. CPT is a registered trademark of AMA.) The CPT is a uniform coding system consisting of descriptive terms and identifying codes that are used primarily to identify medical services and procedures furnished by physicians and other health care professionals. These health care professionals use the CPT to identify services and procedures for which they bill public or private health insurance programs. Level I of the HCPCS, the CPT codes, does not include codes needed to separately report medical items or services that are regularly billed by suppliers other than physicians. Level II of the HCPCS is a standardized coding system that is used primarily to identify products, supplies, and services not included in the CPT codes, such as ambulance services and durable medical equipment, prosthetics, orthotics, and supplies (DMEPOS) when used outside a physician's office. Because Medicare and other insurers cover a variety of services, supplies, and equipment that are not identified by CPT codes, the level II HCPCS codes were established for submitting claims for these items. Level II codes are also referred to as alpha-numeric codes because they consist of a single alphabetical letter followed by 4 numeric digits, while CPT codes are identified using 5 numeric digits. HCPCS - General Information, *available at* https://www.cms.gov/Medicare/Coding/MedHCPCSGenInfo/index.html?redirect=/m edhcpcsgeninfo/ (Page last Modified: 11/19/2015 9:41 AM.)

17. In order to be paid for services rendered, medical providers, such as Godiali, submit claims to Medicare that include unique HCPCS codes. Medicare then processes the claims and remits payment to the providers based upon the codes submitted.

18. Medicare only pays providers for services that are medically necessary. 42 U.S.C.A. § 1395y(a)(1A).

19. When submitting claims to Medicare, the claim submission must include both a diagnostic and procedural code. The International Classification of Diseases, Ninth Revision, Clinical Modification (ICD-9-CM), is used to code diagnostic information on claims and CPT codes are a subset of the HCPCS code system, which are the procedural codes submitted. Effective October 1, 2015, ICD-10 is used for services after that date. ICD-10 Transition information, *available at* https://www.cms.gov/Medicare/Coding/ICD10/index.html?redirect=/ICD10/ (Page last Modified: 11/19/2015 5:18 PM.)

20. Use of truthful and accurate diagnosis codes on Part B claims is a condition of Medicare payment for those services. 42 U.S.C.A. § 1395u(p)(1).

21. Medicare Part B claims are submitted on Form CMS 1500 or its electronic equivalent, Form 837P. 42 U.S.C.A. § 1395w-4(g)(4)(A)(i); 42 C.F.R. § 424.32(b) and (d).

22. When submitting claims, providers are certifying that the claims are accurate, complete, and medically necessary. As will be demonstrated below, Godiali's submitted Medicare charges were not accurate, complete, or medically necessary.

23. Medicare payment rates for services are based on the following components as demonstrated in the Medicare Physician Fee Schedules: 1) Relative Value Units (RVUs); 2) Conversion Factor (CF); and 3) Geographic Practice Cost Indices (GPCIs).

24. The total RVU is determined based upon three separate RVUs.  Three separate RVUs are associated with the calculation of a payment under the Medicare Physician Fee Schedule (Medicare PFS):

    i.   The Work RVU reflects the relative time and intensity associated with furnishing a Medicare PFS service and accounts for approximately 50 percent of the total payment associated with a service;

    ii.   The Practice Expense RVU reflects the costs of maintaining a practice (such as renting office space, buying supplies and equipment, and staff costs); and

    iii.   The Malpractice RVU reflects the costs of malpractice insurance.

25. Should Medicare allow a provider claim for payment, the amount of the payment is determined using the above factors.

### *The Payment Data Utilized By Relator*

26. As part of the Obama Administration's efforts to make our healthcare system more transparent, affordable, and accountable, CMS has prepared a public data set, the Medicare Provider Utilization and Payment Data: Physician and Other Supplier Public Use File (the "payment data"), with information on services and procedures provided to Medicare beneficiaries by physicians and other healthcare professionals. The payment data contains information on utilization, payment (allowed amount and Medicare payment), and submitted charges organized by National Provider Identifier (NPI), Healthcare Common Procedure Coding System (HCPCS) code, and place of service (POS). The payment data is based on information from CMS's National Claims History Standard Analytic Files. The payment data covers calendar year 2013

and contains 100% final-action physician/supplier Part B non-institutional line items for the Medicare fee-for-service population. Physician and Other Supplier Data CY 2013, *available at* https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/Medicare-Provider-Charge-Data/Physician-and-Other-Supplier2013.html (Page last Modified: 10/05/2015 11:46 AM.)

27. The raw data published by CMS contains more than 8,600 types of unique services (HCPCS Codes) that are delivered in 45 different settings and that are consolidated into two places of service, both facility and non-facility. Thus, there are more than 2.5 billion total services provided by more than 950,000 unique NPIs. Per CMS, the payment data contains more than nine million records. Physician and Other Supplier Data CY 2013, *available at* https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/Medicare-Provider-Charge-Data/Physician-and-Other-Supplier2013.html (Page last Modified: 10/05/2015 11:46 AM.)

28. Relator has undertaken an extensive examination and analysis of the payment data that has detected and uncovered Godiali's fraudulent billings and charges. The raw payment data from which Relator conducted its research is available to the public but Relator's proprietary calculations and results are not.

29. Relator's complex, multifaceted analysis for detecting and uncovering fraudulent billing and charges has provided holistic and comparative context where none existed in the raw payment data.

30. In the payment data, there are no allegations of fraud nor has there been any public disclosure of fraud in any setting. In fact, CMS released the payment data in the hopes that the public, such as Relator, would analyze the data for fraudulent billings.

> "But [acting director of the CMS Offices of Enterprise Management] Brennan and [CMS Principal Deputy Administrator] Blum, in their remarks to the media Wednesday, said having the data become public was not only the right thing to do because Medicare is paid for with taxpayer money, but also because having researchers and reporters review the data could lead to exposure of fraudulent billing and of variations in treatment between geographical regions that might warrant changes in policy. 'For too long, this information was not made public, it was protected, which raised many questions of what the program was spending, how it was spending,' Blum said. 'We want the press and outside researchers to mine this data to find outliers, to identify spending that does not appear to be in the beneficiaries' interest and the taxpayers' interest.'"

Mangan, Dan. *Doc who 'received' $12M from Medicare: Not so fast*. April 11, 2014, *available at* http://www.cnbc.com/2014/04/11/medicare-datas-dandyas-long-as-its-correct.html

31. Relator has developed a proprietary formula and methodology (the "formula") that identifies medical providers that have fraudulently falsified Medicare claims submissions for payment.

32. Relator has discovered that Godiali is a physician who has fraudulently billed Medicare and received payment based upon his falsified and fraudulent claims.

33. No entity or person could view the raw payment data in a vacuum and realize that Godiali knowingly submitted falsified and fraudulent billings and charges to Medicare. Relator's independent knowledge, ingenuity, and insight have materially added to any public disclosure and Relator has contributed significant information on its own.

### *Relator's Proprietary Formula and Methodology*

34. Relator's formula is a multistep statistical process that analyzes the payment data under a variety of circumstances.

35. After applying its formula to the payment data, Relator's formula outputs numerous sets of data that are not publicly available and that which required Relator's substantial efforts to formulate. The formula has calculated the following non-exhaustive list of results:

    i. A same specialty peer average which compares Godiali's Medicare claims submissions to that of the average vascular surgeon's Medicare claims submissions. In essence, this is an average among similarly situated people as Godiali's billings are being compared to other vascular surgeons' billings.

    ii. Godiali's national ranking in terms of each specific HCPCS-POS code combination that he used when submitting claims to Medicare in relation to all other medical providers' use of each specific HCPCS-POS code combination as well.

    iii. Godiali's usage of a specific HCPCS-POS code combination as a percentage of that individual HCPCS-POS code combination's total claim usage throughout the United States. For example, Godiali submitted claims with code 75820-O ('Imaging of Vein of Arm or Leg' in a non-facility place of service) to Medicare 995 times in 2013. The total claims submitted to Medicare with code 75820-O in 2013 by 723 different providers was 5,278 claims. Thus, Godiali was responsible for 19% of the nation's total claims with code 75820-O.

    iv. The total number of Work Relative Value Units (WRVU) consumed by Godiali in comparison to other vascular surgeons.

36. After performing its analysis, Relator determined that in 2013, half of the HCPCS-POS procedure code combinations used by Godiali ranked in the top twenty nationally for total usage and more than one out of four code combinations used by Godiali were nationally ranked as number one. Stated differently, more than 25% of the billing code combinations used by Godiali were submitted by him more than any other provider in the country.

### *Godiali's Averages*

37. After Relator applied its proprietary formula/methodology to the payment data, Relator was able to determine that Godiali was billing Medicare amounts far in excess of a normal provider and oftentimes, was billing Medicare amounts that made Godiali the largest Medicare biller in the country.

38. In 2013, Godiali submitted claims to Medicare that used 242 individual HCPCS codes associated with medical services whereas the average number of HCPCS codes used by a vascular surgeon was 99.

39. In 2013, Godiali billed a total of 40,103 medical services to Medicare versus the 1,699 billed medical services for the average vascular surgeon. Godiali therefore billed Medicare 23.6 times more than the average vascular surgeon billed Medicare in 2013. Godiali billed 2.8 times more medical services to Medicare than the next closest vascular surgeon who billed 14,225 medical services.

40. In 2013, Godiali submitted claims to Medicare based upon his alleged treatment of 1,593 patients. The average vascular surgeon submitted claims to Medicare based upon treating only 624 patients. Godiali billed an average of 25.2 medical services per patient, whereas an average vascular surgeon billed only 2.7 medical services per

patient. Clearly, Godiali billed Medicare at a substantially higher rate than the average vascular surgeon was billing Medicare.

41. In 2013, Godiali billed each HCPCS code for medical services an average of 166 times, whereas an average vascular surgeon billed each HCPCS code only 17 times.

42. Godiali submitted claims for medical services to Medicare in the total amount of $39,325,028. The average vascular surgeon's submitted claims for medical services to Medicare only totaled $1,145,588. This indicates Godiali submitted claims to Medicare in an amount 34.3 times higher than the average vascular surgeon submitted claims to Medicare.

43. Of these submitted charges for medical services, Medicare allowed Godiali payments in the amount of $14,002,242 and actually paid Godiali $11,020,617. The average vascular surgeon was allowed payment in the amount of $329,874 and actually received payments in the average amount of $254,267.

44. Godiali's average payment per patient for medical services amounted to $6,918 versus the average vascular surgeon's average payment per patient amount of only $408.

45. Relator created a table that compares Godiali with all vascular surgeons nationally with greater than 10 patients in the utilization of patient Evaluation and Management (E&M) codes for office visits and hospital admissions as follows:

| E&M Code Usage Comparison | | Godiali | | All Vascular Surgeons Nationally | | Godiali as a % of Vascular Surgery Peer |
|---|---|---|---|---|---|---|
| HCPCS CODE | HCPCSDESCRIPTION | Number of Services | % at Highest Level | Number of Services | % at Highest Level | |
| 99205 | New patient office or other outpatient visit, typically 60 minutes | 245 | 100% | 23,316 | 9% | 1,093% |
| 99215 | Established patient office or other outpatient, visit typically 40 minutes | 694 | 91% | 25,443 | 3% | 3,434% |
| 99223 | Initial hospital inpatient care, typically 70 minutes per day | 242 | 100% | 41,959 | 35% | 285% |

46. After conducting this comparison, it has become clear that Godiali's aberrant usage of the highest-level E&M codes (requiring comprehensive history, comprehensive examination, and medical decision making of high complexity) for nearly every patient demonstrates a clear pattern of up-coding. It is simply not possible that patients with more severe problems allegedly presented themselves to Godiali at 2.85 times more frequently in an inpatient setting and 10-34 times more frequently in an outpatient setting compared to all vascular surgeons nationally.

47. Godiali billed Medicare with 63 HCPCS-POS code combinations for which Godiali was the highest provider of medical services nationally. 97 of Godiali's submitted HCPCS-POS code combinations ranked in the top-five nationally for usage, and 121 of Godiali's HCPCS-POS code combinations ranked in the Top-20 nationally for

number of medical services provided. Thus, half of his submitted codes were in top-twenty nationally for total usage.

*Code Description Examples*

48. After analyzing the payment data using the formula, Relator was able to determine that Godiali's usage placed him in the Top-20 nationally for each of 121 HCPCS-POS code combinations' usage. Godiali had an average rank of 3.6 across these 121 code combinations, for which Godiali's national rank breakdown is as follows:

| National Rank | # of HCPCS-POS | Godiali - Number of Services | Godiali- $ Allowed |
|---|---|---|---|
| 1 | 63 | 22,814 | $9,169,632 |
| 2 | 17 | 2,656 | $567,045 |
| 3 | 10 | 1,937 | $183,287 |
| 4 | 5 | 472 | $100,702 |
| 5 | 2 | 953 | $1,076,059 |
| 6 | 2 | 296 | $38,164 |
| 7 | 2 | 65 | $16,667 |
| 8 | 3 | 202 | $40,819 |
| 9 | 2 | 587 | $35,738 |
| 10 | 2 | 103 | $10,276 |
| 11 | 2 | 461 | $62,437 |
| 13 | 6 | 2,191 | $913,468 |
| 15 | 1 | 35 | $22,694 |
| 17 | 1 | 63 | $13,700 |
| 18 | 1 | 19 | $4,577 |
| 19 | 1 | 66 | $8,769 |
| 20 | 1 | 23 | $4,733 |
| **Grand Total** | **121** | **32,943** | **$12,268,767** |

49. In the following table, the National Top-20 HCPCS-POS combination codes that Godiali submitted for Medicare claims are described. For 18 of these code combinations Godiali accounted for 25% or more of the national usage, and for 7 of them, indicated by more than 50% national usage, Godiali's usage exceeded that of all the other national providers combined.

| HCPCS-POS | HCPCS DESCRIPTION | Number of Providers That Submitted Claims | National Average - Servicers Per Provider | Total Services Nationally | Godiali - Number of Services | Number of Times Godiali's Usage vs. National Average | Godiali's National Rank | % of National Services Billed by Godiali | Godiali - $ Allowed |
|---|---|---|---|---|---|---|---|---|---|
| 37187-O | Infusion to dissolve blood clot from vein using fluoroscopic guidance | 136 | 14.9 | 2,031 | 987 | 66 | 1 | 49% | $1,372,593 |
| 37184-O | Removal of blood clot from artery or arterial graft using fluoroscopic guidance | 166 | 8.8 | 1,460 | 746 | 85 | 1 | 51% | $1,311,680 |
| 35475-O | Balloon dilation of narrowed or blocked upper arm artery | 1,065 | 31.8 | 33,825 | 823 | 26 | 1 | 2% | $640,125 |
| 36225-O | Insertion of catheter into chest artery for diagnosis or treatment | 244 | 7.8 | 1,899 | 752 | 97 | 1 | 40% | $576,141 |
| 36011-O | Insertion of catheter into vein | 649 | 13.6 | 8,806 | 1,114 | 82 | 1 | 13% | $462,125 |
| 36215-O | Insertion of catheter into chest or arm artery | 786 | 40.5 | 31,865 | 665 | 16 | 1 | 2% | $366,620 |
| 37185-O | Removal of blood clot from artery or arterial graft using fluoroscopic guidance | 41 | 14.4 | 591 | 432 | 30 | 1 | 73% | $310,124 |
| 36010-O | Introduction of catheter into the upper or lower major vein (vena cava) | 352 | 8.7 | 3,058 | 1,003 | 115 | 1 | 33% | $246,598 |
| 37224-O | Balloon dilation of leg artery | 784 | 3.8 | 2,947 | 76 | 20 | 1 | 3% | $239,599 |
| 75791-O | Imaging of artery-vein dialysis shunt | 536 | 17.6 | 9,410 | 663 | 38 | 1 | 7% | $197,451 |
| 37211-O | Insertion of catheter into artery for drug infusion for blood clot | 86 | 16.5 | 1,422 | 892 | 54 | 1 | 63% | $179,588 |
| 37202-O | Insertion of catheter into blood vessel for drug infusion | 68 | 45.8 | 3,111 | 1,081 | 24 | 1 | 35% | $177,699 |
| 36005-O | Injection procedure for X-ray imaging procedure of veins of arm or leg | 725 | 13.3 | 9,611 | 1,091 | 82 | 1 | 11% | $171,984 |
| 36148-O | Insertion of needle or catheter into an artery-vein dialysis shunt or graft | 1,066 | 32.1 | 34,174 | 667 | 21 | 1 | 2% | $171,806 |
| 37212-O | Insertion of catheter into vein for drug infusion for blood clot | 28 | 37.1 | 1,039 | 960 | 26 | 1 | 92% | $171,303 |
| 37220-O | Balloon dilation of groin artery | 459 | 3.9 | 1,802 | 101 | 26 | 1 | 6% | $160,651 |
| 37197-O | Retrieval of foreign body of blood vessels | 117 | 3.8 | 447 | 202 | 53 | 1 | 45% | $151,835 |
| 75827-O | Imaging of major vein of chest vein | 411 | 10.2 | 4,203 | 1,052 | 103 | 1 | 25% | $148,385 |
| 75658-O | Imaging of artery of arms | 59 | 25.5 | 1,505 | 854 | 33 | 1 | 57% | $144,555 |
| 35351-F | Removal of blood clot and portion of artery of groin | 686 | 1.7 | 1,159 | 96 | 57 | 1 | 8% | $144,026 |
| 75962-O | Radiological supervision and interpretation of opening narrowed groin or leg artery procedure | 1,054 | 31.3 | 33,014 | 920 | 29 | 1 | 3% | $126,094 |
| 75820-O | Imaging of vein of arm or leg | 723 | 7.3 | 5,278 | 995 | 136 | 1 | 19% | $115,845 |
| 35321-F | Removal of blood clot and portion of artery of upper arm | 306 | 1.9 | 572 | 134 | 72 | 1 | 23% | $110,255 |
| 37222-O | Balloon dilation of groin artery | 200 | 3.4 | 686 | 100 | 29 | 1 | 15% | $90,138 |
| 35472-O | Balloon dilation of narrowed or blocked aorta | 41 | 4.3 | 178 | 96 | 22 | 1 | 54% | $89,851 |

16

| HCPCS-POS | HCPCS DESCRIPTION | Number of Providers That Submitted Claims | National Average - Servicers Per Provider | Total Services Nationally | Godiali - Number of Services | Number of Times Godiali's Usage vs. National Average | Godiali's National Rank | % of National Services Billed by Godiali | Godiali - $ Allowed |
|---|---|---|---|---|---|---|---|---|---|
| 75774-O | Imaging of additional artery | 488 | 20.0 | 9,740 | 938 | 47 | 1 | 10% | $82,598 |
| 75964-O | Radiological supervision and interpretation of opening narrowed groin or leg artery procedure | 178 | 10.2 | 1,822 | 909 | 89 | 1 | 50% | $80,772 |
| 36200-O | Insertion of catheter into aorta | 562 | 5.3 | 2,988 | 254 | 48 | 1 | 9% | $79,183 |
| 35302-F | Removal of blood clot and portion of artery of upper thigh | 1,669 | 1.9 | 3,188 | 96 | 50 | 1 | 3% | $64,380 |
| 34111-F | Removal of blood clot in artery | 705 | 1.7 | 1,227 | 204 | 117 | 1 | 17% | $63,907 |
| 36571-O | Insertion of catheter in vein for infusion | 93 | 4.6 | 430 | 98 | 21 | 1 | 23% | $63,868 |
| 34101-F | Removal of blood clot in artery | 1,542 | 1.5 | 2,377 | 189 | 123 | 1 | 8% | $58,613 |
| 36833-F | Revision of dialysis graft with removal of blood cot | 2,301 | 3.2 | 7,408 | 108 | 34 | 1 | 1% | $58,119 |
| 34490-F | Removal of blood clot in underarm or upper chest vein | 117 | 3.2 | 377 | 176 | 55 | 1 | 47% | $57,184 |
| 35372-F | Removal of blood clot and portion of artery of upper thigh artery | 2,140 | 2.2 | 4,730 | 94 | 43 | 1 | 2% | $53,866 |
| 34201-F | Removal of blood clot in artery | 3,151 | 2.3 | 7,233 | 83 | 36 | 1 | 1% | $48,615 |
| 35371-F | Removal of blood clot and portion of artery of upper thigh artery | 3,581 | 2.8 | 10,116 | 97 | 34 | 1 | 1% | $46,320 |
| 36120-O | Insertion of needle or catheter into the brachial (arm) artery | 178 | 5.0 | 883 | 205 | 41 | 1 | 23% | $44,086 |
| 77001-O | Fluoroscopic guidance for insertion of device into vein | 1,536 | 20.1 | 30,831 | 390 | 19 | 1 | 1% | $41,242 |
| 35460-F | Balloon dilation of narrowed or blocked vein | 614 | 6.5 | 3,970 | 253 | 39 | 1 | 6% | $40,806 |
| 35236-F | Repair of blood vessel of arm with vein graft | 356 | 1.5 | 544 | 37 | 24 | 1 | 7% | $36,486 |
| 35458-F | Balloon dilation of narrowed or blocked upper arm artery | 384 | 2.7 | 1,023 | 133 | 50 | 1 | 13% | $33,559 |
| 34421-F | Removal of blood clot in vena cava, pelvic or thigh artery | 163 | 1.4 | 236 | 47 | 32 | 1 | 20% | $31,635 |
| 75605-O | Imaging of artery of chest | 110 | 7.8 | 854 | 219 | 28 | 1 | 26% | $31,067 |
| 75860-O | Imaging of vein of head | 173 | 5.5 | 943 | 212 | 39 | 1 | 22% | $30,243 |
| 36558-O | Insertion of catheter in vein for infusion | 1,035 | 9.3 | 9,631 | 77 | 8 | 1 | 1% | $29,740 |
| 75791-F | Imaging of artery-vein dialysis shunt | 1,690 | 5.6 | 9,384 | 324 | 58 | 1 | 3% | $25,686 |
| 34471-F | Removal of blood clot in neck vein | 16 | 2.6 | 41 | 24 | 9 | 1 | 59% | $25,122 |
| 35256-F | Repair of blood vessel of leg with vein graft | 354 | 1.3 | 473 | 36 | 27 | 1 | 8% | $24,466 |
| 75756-O | Imaging of artery of breast | 18 | 13.8 | 248 | 102 | 7 | 1 | 41% | $18,215 |
| 34203-F | Removal of blood clot in artery | 1,630 | 1.7 | 2,763 | 34 | 20 | 1 | 1% | $16,838 |

| HCPCS-POS | HCPCS DESCRIPTION | Number of Providers That Submitted Claims | National Average - Servicers Per Provider | Total Services Nationally | Godiali - Number of Services | Number of Times Godiali's Usage vs. National Average | Godiali's National Rank | % of National Services Billed by Godiali | Godiali - $ Allowed |
|---|---|---|---|---|---|---|---|---|---|
| 35304-F | Removal of blood clot and portion of artery of lower leg | 327 | 1.2 | 401 | 12 | 10 | 1 | 3% | $15,095 |
| 35303-F | Removal of blood clot and portion of artery of lower leg | 784 | 1.6 | 1,267 | 23 | 14 | 1 | 2% | $14,831 |
| 36120-F | Insertion of needle or catheter into the brachial (arm) artery | 967 | 2.4 | 2,328 | 270 | 112 | 1 | 12% | $13,524 |
| 37187-F | Infusion to dissolve blood clot from vein using fluoroscopic guidance | 1,678 | 2.0 | 3,313 | 57 | 29 | 1 | 2% | $12,199 |
| 75898-O | Imaging of blood vessel | 417 | 5.6 | 2,323 | 85 | 15 | 1 | 4% | $10,541 |
| 36005-F | Injection procedure for X-ray imaging procedure of veins of arm or leg | 5,203 | 4.6 | 24,100 | 394 | 85 | 1 | 2% | $9,508 |
| 35305-F | Removal of blood clot and portion of artery of lower leg | 356 | 1.3 | 458 | 13 | 10 | 1 | 3% | $8,806 |
| 75833-O | Imaging of vein of both kidneys | 14 | 5.4 | 76 | 36 | 7 | 1 | 47% | $6,109 |
| 15920-F | Removal of pressure sore and bone at tailbone | 131 | 1.3 | 165 | 19 | 15 | 1 | 12% | $5,720 |
| 37222-F | Balloon dilation of groin artery | 1,401 | 1.7 | 2,354 | 28 | 17 | 1 | 1% | $5,321 |
| 23030-F | Drainage of abscess or blood accumulation in shoulder | 946 | 1.3 | 1,221 | 17 | 13 | 1 | 1% | $2,266 |
| 23930-F | Drainage of abscess or blood accumulation at upper arm or elbow | 1,570 | 1.3 | 1,998 | 19 | 15 | 1 | 1% | $2,027 |
| 37228-O | Balloon dilation of leg artery | 552 | 4.7 | 2,568 | 48 | 10 | 2 | 2% | $195,073 |
| 75896-O | Radiological supervision and interpretation of infusion via catheter for destruction of blood clot | 54 | 26.4 | 1,428 | 167 | 6 | 2 | 12% | $140,812 |
| 76937-O | Ultrasound guidance for accessing into blood vessel | 1,669 | 16.5 | 27,554 | 1,126 | 68 | 2 | 4% | $37,653 |
| 36818-F | Relocation of arm vein with connection to arm artery | 2,313 | 3.8 | 8,756 | 76 | 20 | 2 | 1% | $37,072 |
| 36011-F | Insertion of catheter into vein | 2,935 | 3.6 | 10,609 | 392 | 108 | 2 | 4% | $31,744 |
| 36571-F | Insertion of catheter in vein for infusion | 1,825 | 3.4 | 6,131 | 67 | 20 | 2 | 1% | $21,139 |
| 36838-F | Repair of dialysis access in arm | 763 | 1.6 | 1,240 | 15 | 9 | 2 | 1% | $17,735 |
| 35860-F | Exploration of arm or leg for postsurgical bleeding, blood clot, or infection | 1,830 | 1.8 | 3,318 | 19 | 10 | 2 | 1% | $16,383 |
| 27301-F | Drainage of abscess or blood collection at thigh or knee region | 4,824 | 1.7 | 8,170 | 46 | 27 | 2 | 1% | $13,331 |
| 75820-F | Imaging of vein of arm or leg | 6,580 | 4.3 | 28,374 | 363 | 84 | 2 | 1% | $12,006 |
| 36221-O | Insertion of catheter into chest aorta for diagnosis or treatment | 148 | 2.5 | 366 | 21 | 8 | 2 | 6% | $10,789 |
| 27590-F | Amputation of thigh through thigh bone | 6,543 | 2.3 | 15,165 | 24 | 10 | 2 | 0% | $9,756 |
| 75825-O | Imaging of major vein of abdomen | 276 | 3.8 | 1,060 | 69 | 18 | 2 | 7% | $9,377 |
| 75658-F | Imaging of artery of arms | 418 | 2.9 | 1,220 | 121 | 41 | 2 | 10% | $7,304 |

| HCPCS-POS | HCPCS DESCRIPTION | Number of Providers That Submitted Claims | National Average - Servicers Per Provider | Total Services Nationally | Godiali - Number of Services | Number of Times Godiali's Usage vs. National Average | Godiali's National Rank | % of National Services Billed by Godiali | Godiali - $ Allowed |
|---|---|---|---|---|---|---|---|---|---|
| 35472-F | Balloon dilation of narrowed or blocked aorta | 319 | 1.6 | 509 | 22 | 14 | 2 | 4% | $4,008 |
| 75833-F | Imaging of vein of both kidneys | 150 | 2.4 | 366 | 29 | 12 | 2 | 8% | $1,973 |
| 75964-F | Radiological supervision and interpretation of opening narrowed groin or leg artery procedure | 246 | 2.7 | 655 | 51 | 19 | 2 | 8% | $891 |
| 37232-O | Balloon dilation of leg artery | 378 | 4.3 | 1,610 | 50 | 12 | 3 | 3% | $60,959 |
| 76000-O | Imaging guidance for procedure, up to 1 hour | 2,453 | 25.7 | 62,984 | 1,120 | 44 | 3 | 2% | $51,620 |
| 75630-O | Imaging of artery of abdomen and leg | 536 | 6.5 | 3,463 | 106 | 16 | 3 | 3% | $18,067 |
| 28005-F | Incision of infected bone of foot | 1,875 | 2.8 | 5,229 | 50 | 18 | 3 | 1% | $17,046 |
| 27603-F | Drainage of abscess or blood collection at lower leg or ankle | 3,505 | 1.7 | 6,031 | 44 | 26 | 3 | 1% | $11,359 |
| 26990-F | Drainage of abscess or blood accumulation in pelvis or hip joint | 3,004 | 1.6 | 4,698 | 20 | 13 | 3 | 0% | $8,596 |
| 37220-F | Balloon dilation of groin artery | 3,643 | 2.5 | 9,275 | 32 | 13 | 3 | 0% | $6,740 |
| 76000-F | Imaging guidance for procedure, up to 1 hour | 15,648 | 6.3 | 98,787 | 458 | 73 | 3 | 0% | $3,824 |
| 37197-F | Retrieval of foreign body of blood vessels | 996 | 1.3 | 1,339 | 19 | 14 | 3 | 1% | $3,026 |
| 75860-F | Imaging of vein of head | 1,680 | 2.2 | 3,672 | 38 | 17 | 3 | 1% | $2,050 |
| 36830-F | Connection of synthetic tube graft to vein and artery for dialysis | 3,964 | 6.3 | 24,971 | 90 | 14 | 4 | 0% | $37,124 |
| 28003-F | Drainage of multiple fluid-filled sacs (bursa) of foot | 1,360 | 2.6 | 3,594 | 68 | 26 | 4 | 2% | $34,594 |
| 36589-O | Removal of central venous catheter for infusion | 4,328 | 9.0 | 38,880 | 144 | 16 | 4 | 0% | $17,472 |
| 75827-F | Imaging of major vein of chest vein | 2,606 | 3.1 | 8,087 | 154 | 50 | 4 | 2% | $8,154 |
| 34826-F | Prosthetic repair of bulging (aneurysm) of aorta | 2,264 | 2.3 | 5,271 | 16 | 7 | 4 | 0% | $3,358 |
| 37205-O | Insertion of stent into blood vessel | 1,128 | 17.3 | 19,478 | 237 | 14 | 5 | 1% | $1,003,531 |
| 93990-O | Ultrasound of dialysis access | 2,187 | 33.3 | 72,718 | 716 | 22 | 5 | 1% | $72,528 |
| 75960-O | Radiological supervision and interpretation of placement of vascular stent procedure | 1,125 | 17.7 | 19,908 | 222 | 13 | 6 | 1% | $25,858 |
| 37202-F | Insertion of catheter into blood vessel for drug infusion | 849 | 5.9 | 4,996 | 74 | 13 | 6 | 1% | $12,306 |
| 36216-O | Insertion of catheter into chest or arm artery | 292 | 4.0 | 1,177 | 24 | 6 | 7 | 2% | $14,481 |
| 75825-F | Imaging of major vein of abdomen | 3,179 | 2.7 | 8,689 | 41 | 15 | 7 | 0% | $2,186 |
| 36224-O | Insertion of catheter into neck artery for diagnosis or treatment | 110 | 5.0 | 552 | 27 | 5 | 8 | 5% | $24,895 |

19

| HCPCS-POS | HCPCS DESCRIPTION | Number of Providers That Submitted Claims | National Average - Servicers Per Provider | Total Services Nationally | Godiali - Number of Services | Number of Times Godiali's Usage vs. National Average | Godiali's National Rank | % of National Services Billed by Godiali | Godiali - $ Allowed |
|---|---|---|---|---|---|---|---|---|---|
| 37607-F | Tying or banding of a passage between an artery and vein | 2,907 | 3.6 | 10,436 | 51 | 14 | 8 | 0% | $9,840 |
| 36148-F | Insertion of needle or catheter into an artery-vein dialysis shunt or graft | 4,124 | 8.7 | 35,940 | 124 | 14 | 8 | 0% | $6,083 |
| 15946-F | Removal of pressure sore and lower pelvic bone in preparation of muscle flap or skin graft closure | 804 | 3.1 | 2,467 | 17 | 6 | 9 | 1% | $27,507 |
| 76937-F | Ultrasound guidance for accessing into blood vessel | 28,722 | 18.0 | 518,059 | 570 | 32 | 9 | 0% | $8,231 |
| 35903-F | Removal of infected graft of arm or leg | 3,085 | 2.7 | 8,413 | 28 | 10 | 10 | 0% | $8,392 |
| 75962-F | Radiological supervision and interpretation of opening narrowed groin or leg artery procedure | 4,342 | 4.9 | 21,238 | 75 | 15 | 10 | 0% | $1,884 |
| 10140-O | Drainage of blood or fluid accumulation | 10,389 | 4.9 | 51,116 | 360 | 73 | 11 | 1% | $56,335 |
| 36010-F | Introduction of catheter into the upper or lower major vein (vena cava) | 3,899 | 3.7 | 14,587 | 101 | 27 | 11 | 1% | $6,102 |
| 35476-O | Balloon dilation of narrowed or blocked vein | 1,391 | 127.4 | 177,265 | 994 | 8 | 13 | 1% | $706,435 |
| 75978-O | Radiological supervision and interpretation of opening narrowed vein procedure | 1,387 | 126.9 | 175,987 | 1,001 | 8 | 13 | 1% | $135,251 |
| 49020-F | Drainage of abdominal abscess or infection | 3,236 | 1.7 | 5,424 | 14 | 8 | 13 | 0% | $21,936 |
| 93930-O | Ultrasound study of arteries and arterial grafts of arms | 3,270 | 4.8 | 15,806 | 136 | 28 | 13 | 1% | $21,118 |
| 36820-F | Relocation of arm vein with connection to arm artery | 862 | 3.3 | 2,827 | 30 | 9 | 13 | 1% | $18,170 |
| 34803-F | Repair of bulging (aneurysm) or tear in abdominal aorta | 1,557 | 2.9 | 4,466 | 16 | 6 | 13 | 0% | $10,558 |
| 36246-O | Insertion of catheter into abdominal pelvic or leg artery | 675 | 6.0 | 4,050 | 35 | 6 | 15 | 1% | $22,694 |
| 36140-O | Insertion of needle or catheter into an artery of arm or leg | 481 | 8.8 | 4,226 | 63 | 7 | 17 | 1% | $13,700 |
| 28810-F | Amputation of foot | 6,500 | 2.6 | 16,761 | 19 | 7 | 18 | 0% | $4,577 |
| 36589-F | Removal of central venous catheter for infusion | 10,337 | 6.0 | 62,230 | 66 | 11 | 19 | 0% | $8,769 |
| 37232-F | Balloon dilation of leg artery | 2,360 | 3.1 | 7,242 | 23 | 7 | 20 | 0% | $4,733 |

50. The levels of billing described above could not have been performed by Godiali in 2013 due to the sheer number of services for which he has billed Medicare.

51. These results clearly demonstrate that Godiali is fraudulently and falsely billing Medicare for services that were not provided, were not medically necessary, were

duplicative, or were billed using improper codes. But for Godiali's false and fraudulent claims, he would not have been paid by Medicare.

### *Work Relative Value Units*

52. Relator's formula also has produced results relating to Godiali's total Work Relative Value Units (WRVU). WRVUs reflect the relative time and intensity associated with furnishing a given service for each HCPCS code and represent a standardized and consistent metric, which is a predominant factor in physician compensation.

53. Relator obtained values from the 2013 National Physician Fee Schedule Relative Value File in order to help complete the analysis.

54. Relator then computed Godiali's total WRVU by matching the HCPCS codes Godiali submitted with the values in the 2013 National Physician Fee Schedule Relative Value File.

55. Relator then also obtained the "Cost Survey: 2014 Report Based on 2013 Data," which was published by the Medical Group Management Association (MGMA), an industry-leading benchmark provider, representing more than 33,000 administrators and executives in 18,000 healthcare organizations in which 385,000 physicians practice.

56. After obtaining the cost survey, Relator created a comparison that compares Godiali with his busiest peers (vascular surgeons) at the 90th percentile as published in the MGMA cost survey. The following table demonstrates the comparison between Godiali and the 90th percentile revenue producers and WRVU consuming vascular surgeons.

|  | Godiali (From Medicare only) | MGMA - Vascular Surgery 90th Percentile - All Payers | Godiali as a % of 90th Percentile MGMA Peer |
|---|---|---|---|
| Total Medical Revenue | $11,020,617 | $1,043,085 | 1,057% |
| WRVU | 132,854 | 15,534 | 855% |

57. After conducting this comparison, it has become clear that Godiali submitted claims to Medicare that indicate he was allegedly 8-10 times more productive than the busiest (defined as 90th percentile) vascular surgeon in the MGMA cost survey. This simply is not possible.

58. There were 63 HCPCS-POS combinations for which Godiali was the highest provider of services nationally. He submitted claims for services that were three times higher on average than the second highest provider. For nine of these combinations, Godiali was the only provider nationally with greater than 10 patients. For 17 of the HCPCS-POS combinations Godiali's usage was at least five times that of the next closest provider, for six of them it was ten times that of the next closest provider, and for '37212-O' it was 33 times that of the second highest provider.

| HCPCS-POS | HCPCS Description | GODIALI'S # 1 Services | #2 Provider Services | Godiali – Number of Times Higher Than #2 Provider |
|---|---|---|---|---|
| 15920-F | Removal of pressure sore and bone at tailbone | 19 | NA | Godiali only provider in the nation w/ >10 Patients |
| 23030-F | Drainage of abscess or blood accumulation in shoulder | 17 | NA | Godiali only provider in the nation w/ >10 Patients |
| 23930-F | Drainage of abscess or blood accumulation at upper arm or elbow | 19 | NA | Godiali only provider in the nation w/ >10 Patients |
| 34421-F | Removal of blood clot in vena cava, pelvic or thigh artery | 47 | NA | Godiali only provider in the nation w/ >10 Patients |
| 34471-F | Removal of blood clot in neck vein | 24 | NA | Godiali only provider in the nation w/ >10 Patients |
| 35256-F | Repair of blood vessel of leg with vein graft | 36 | NA | Godiali only provider in the nation w/ >10 Patients |

| HCPCS-POS | HCPCS Description | GODIALI'S # 1 Services | #2 Provider Services | Godiali - Number of Times Higher Than #2 Provider |
|---|---|---|---|---|
| 35304-F | Removal of blood clot and portion of artery of lower leg | 12 | NA | Godiali only provider in the nation w/ >10 Patients |
| 35305-F | Removal of blood clot and portion of artery of lower leg | 13 | NA | Godiali only provider in the nation w/ >10 Patients |
| 75833-O | Imaging of vein of both kidneys | 36 | NA | Godiali only provider in the nation w/ >10 Patients |
| | | | | |
| 37212-O | Insertion of catheter into vein for drug infusion for blood clot | 960 | 29 | 33.1 |
| 34101-F | Removal of blood clot in artery | 189 | 11 | 17.2 |
| 36225-O | Insertion of catheter into chest artery for diagnosis or treatment | 752 | 47 | 16.0 |
| 75964-O | Radiological supervision and interpretation of opening narrowed groin or leg artery procedure | 909 | 66 | 13.8 |
| 37185-O | Removal of blood clot from artery or arterial graft using fluoroscopic guidance | 432 | 39 | 11.1 |
| 37197-O | Retrieval of foreign body of blood vessels | 202 | 20 | 10.1 |
| 35472-O | Balloon dilation of narrowed or blocked aorta | 96 | 11 | 8.7 |
| 75820-O | Imaging of vein of arm or leg | 995 | 132 | 7.5 |
| 35321-F | Removal of blood clot and portion of artery of upper arm | 134 | 19 | 7.1 |
| 34490-F | Removal of blood clot in underarm or upper chest vein | 176 | 26 | 6.8 |
| 36005-O | Injection procedure for X-ray imaging procedure of veins of arm or leg | 1,091 | 168 | 6.5 |
| 34111-F | Removal of blood clot in artery | 204 | 32 | 6.4 |
| 75658-O | Imaging of artery of arms | 854 | 151 | 5.7 |
| 37211-O | Insertion of catheter into artery for drug infusion for blood clot | 892 | 166 | 5.4 |
| 36010-O | Introduction of catheter into the upper or lower major vein (vena cava) | 1,003 | 192 | 5.2 |
| 75827-O | Imaging of major vein of chest vein | 1,052 | 206 | 5.1 |
| 37187-O | Infusion to dissolve blood clot from vein using fluoroscopic guidance | 987 | 196 | 5.0 |
| 37202-O | Insertion of catheter into blood vessel for drug infusion | 1,081 | 226 | 4.8 |
| 34201-F | Removal of blood clot in artery | 83 | 22 | 3.8 |
| 37184-O | Removal of blood clot from artery or arterial graft using fluoroscopic guidance | 746 | 202 | 3.7 |

| HCPCS-POS | HCPCS Description | GODIALI'S # 1 Services | #2 Provider Services | Godiali - Number of Times Higher Than #2 Provider |
|---|---|---|---|---|
| 36120-O | Insertion of needle or catheter into the brachial (arm) artery | 205 | 61 | 3.4 |
| 75605-O | Imaging of artery of chest | 219 | 68 | 3.2 |
| 35302-F | Removal of blood clot and portion of artery of upper thigh | 96 | 36 | 2.7 |
| 35236-F | Repair of blood vessel of arm with vein graft | 37 | 14 | 2.6 |
| 35351-F | Removal of blood clot and portion of artery of groin | 96 | 37 | 2.6 |
| 75756-O | Imaging of artery of breast | 102 | 40 | 2.6 |
| 35372-F | Removal of blood clot and portion of artery of upper thigh artery | 94 | 37 | 2.5 |
| 35371-F | Removal of blood clot and portion of artery of upper thigh artery | 97 | 39 | 2.5 |
| 36120-F | Insertion of needle or catheter into the brachial (arm) artery | 270 | 113 | 2.4 |
| 75774-O | Imaging of additional artery | 938 | 402 | 2.3 |
| 37222-O | Balloon dilation of groin artery | 100 | 43 | 2.3 |
| 75791-O | Imaging of artery-vein dialysis shunt | 663 | 292 | 2.3 |
| 35458-F | Balloon dilation of narrowed or blocked upper arm artery | 133 | 61 | 2.2 |
| 36011-O | Insertion of catheter into vein | 1,114 | 514 | 2.2 |
| 34203-F | Removal of blood clot in artery | 34 | 16 | 2.1 |
| 36200-O | Insertion of catheter into aorta | 254 | 125 | 2.0 |
| 37220-O | Balloon dilation of groin artery | 101 | 51 | 2.0 |
| 75898-O | Imaging of blood vessel | 85 | 43 | 2.0 |
| 75962-O | Radiological supervision and interpretation of opening narrowed groin or leg artery procedure | 920 | 484 | 1.9 |
| 36571-O | Insertion of catheter in vein for infusion | 98 | 53 | 1.8 |
| 77001-O | Fluoroscopic guidance for insertion of device into vein | 390 | 218 | 1.8 |
| 35475-O | Balloon dilation of narrowed or blocked upper arm artery | 823 | 555 | 1.5 |
| 37222-F | Balloon dilation of groin artery | 28 | 19 | 1.5 |
| 35460-F | Balloon dilation of narrowed or blocked vein | 253 | 174 | 1.5 |
| 36148-O | Insertion of needle or catheter into an artery-vein dialysis shunt or graft | 667 | 479 | 1.4 |
| 36833-F | Revision of dialysis graft with removal of blood cot | 108 | 79 | 1.4 |
| 75860-O | Imaging of vein of head | 212 | 156 | 1.4 |
| 37224-O | Balloon dilation of leg artery | 76 | 57 | 1.3 |

24

| HCPCS-POS | HCPCS Description | GODIALI'S #1 Services | #2 Provider Services | Godiali - Number of Times Higher Than #2 Provider |
|---|---|---|---|---|
| 36005-F | Injection procedure for X-ray imaging procedure of veins of arm or leg | 394 | 311 | 1.3 |
| 35303-F | Removal of blood clot and portion of artery of lower leg | 23 | 19 | 1.2 |
| 75791-F | Imaging of artery-vein dialysis shunt | 324 | 274 | 1.2 |
| 37187-F | Infusion to dissolve blood clot from vein using fluoroscopic guidance | 57 | 50 | 1.1 |
| 36215-O | Insertion of catheter into chest or arm artery | 665 | 593 | 1.1 |
| 36558-O | Insertion of catheter in vein for infusion | 77 | 72 | 1.1 |
| | | **22,591** | **7,546** | **3.0** |

## FIRST CLAIM FOR RELIEF

### Violations of the False Claims Act - 31 U.S.C. § 3729(a)(1)(A) and (B)

59. Relator incorporates by reference each of the preceding paragraphs of this Complaint.

60. This is a claim for treble damages and penalties under the FCA, 31 U.S.C. § 3729 et seq., as amended.

61. By virtue of the acts described above, the Defendant knowingly presented or caused to be presented false or fraudulent claims, records or other materials for payment which resulted in countless millions of dollars of payments of false claims by the government to the Defendant. All such false claims and acts are in violation of the FCA in general and specifically in violation of 31 U.S.C. § 3729(a)(1)(A), as amended.

62. By virtue of the acts described above, the Defendant also knowingly made, used or caused to be made or used, false records and statements material to a false or fraudulent claim which resulted in millions of dollars of payments of false claims by the United States Government to the Defendant. All such false claims and acts are in violation of

the FCA in general and specifically in violation of 31 U.S.C. § 3729(a)(1)(B), as amended.

63. The acts described above induced the United States Government to pay or approve such false or fraudulent claims.

64. Every such payment by the United States to the Defendant was a product of a false claim and materially false statements made by Defendant.

65. In reliance on these false representations and claims, the United States Government, by and through its intermediaries, paid countless millions of dollars for claims submitted by Defendant that it otherwise would not have paid had the government been aware of Defendant's knowing violations of the FCA and the various rules and regulations of the Medicare program.

66. By reason of Defendant's acts, the United States has been damaged and continues to be damaged in substantial amounts to be determined at trial.

67. Pursuant to the FCA, Godiali is liable to the United States for treble damages and a civil penalty of not less than $5,500 and not more than $11,000 for each of the false or fraudulent claims herein, plus three (3) times the amount of damages which the United States has sustained because of Defendant's actions.

## <u>PRAYER FOR RELIEF</u>

**WHEREFORE**, Plaintiff, the United States of America, through Innovative LLC, requests the Court for entry of judgment against Defendant and the following relief:

A. That Defendant cease and desist from further violations of the False Claims Act, 31 U.S.C. § 3729 et seq., and the related Medicare program;

B. That the Court enter judgment against the Defendant in an amount equal to three times the amount of damages suffered by the United States because of Defendant's actions, plus a civil penalty of not less than $5,500 and not more than $11,000 for each false claim or certification;

C. That Innovative LLC be awarded the maximum amount allowed pursuant to section 3730(d) of the False Claims Act;

D. That Innovative LLC be awarded all costs of this action, including attorneys' fees, costs and expenses pursuant to 31 U.S.C. § 3730(d); and

F. That the United States and Innovative LLC be granted such further relief as the court deems equitable, just and proper.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, a jury trial is demanded.

Respectfully submitted on this 24th day of November, 2015.

Mahany Law, LLC

By:  /s/    Brian Mahany

Brian H. Mahany

P.O. Box 511328
Milwaukee WI 53203
(414)223-0464
brian@mahanylaw.com
Attorney for Plaintiff Relator

27